**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, and APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, TRUSTEES OF THE
NEW YORK CITY CARPENTERS RELIEF
AND CHARITY FUND, the CARPENTER
CONTRACTOR ALLIANCE OF METROPOLITAN
NEW YORK, and the NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS,

                        Petitioners,                      22 **CIVIL** 640 (PAE)

      -against-                                           **JUDGMENT**

M.A.B. RENOVATION GROUP CORP.,
                         Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 21, 2022, the Award is confirmed in favor of petitioners and judgment is entered in the amount of $310,114.79, plus pre-judgment interest from the date of the Award through the date of judgment, with interest to accrue at the annual rate of 5.25%, in the amount of $11,508.23, plus post-judgment interest pursuant to 28 U.S.C. § 1961(a); accordingly, the case is closed.

**Dated**: New York, New York
         April 21, 2022

                                                                    RUBY J. KRAJICK

                                                                    Clerk of Court
                                      **BY:**
                                                                        **Deputy Clerk**